UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA ARLOV,<br><br>        Plaintiff,<br><br>    v.<br><br>LAKE COUNTY CALIFORNIA, et al.,<br><br>        Defendants. | Case No. 19-cv-00983-JD<br><br>**ORDER DISMISSING CASE** |

The Court dismissed without prejudice plaintiff Galina Arlov's complaint and terminated her motion for a temporary restraining order for failure to state a plausible claim under Rule 8. Dkt. No. 11. She was given until May 1, 2019, to file an amended complaint and advised that failure to adhere to this deadline would result in dismissal under Federal Rule of Civil Procedure 41(b). *Id.* The deadline has passed, and no amended complaint has been filed.

The Court has considered the five factors set forth in *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987). The Court finds that notwithstanding the public policy favoring the disposition of actions on their merits, the Court's need to manage its docket and the public interest in the expeditious resolution of the litigation require dismissal of this action. There is no appropriate less drastic sanction in light of plaintiff's failure to amend her complaint in a timely manner. This action is dismissed without prejudice for plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: May 9, 2019

JAMES DONATO
United States District Judge